IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

  vs.                                    CR No. 08-836 LH

JULIA NORRIS,

        Defendant.

## ORDER CONTINUING SENTENCING HEARING

THIS MATTER having come before the Court on defendant's Unopposed Motion to Continue Sentencing Hearing and the Court being fully advised of the premises;

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for September 15, 2009, is vacated and rescheduled for December 1, 2009, at 10:30 a.m., Mimbres courtroom.

_____
SENIOR UNITED STATES DISTRICT JUDGE

Submitted by:
THOMAS B. JAMESON, AFPD
Attorney for Defendant

No objection by:
LYNN WANG, AUSA
Attorney for Plaintiff